# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CLARISSA RICHARDSON, Individually and as Next Friend of C.T., a Minor, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:24-CV-0955-K |
| FAMILY DOLLAR STORES OF TEXAS, LLC, | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSION, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Findings, Conclusions, and Recommendation (the "FCR") of the United States Magistrate Judge were entered on May 13, 2026 (Doc. No. 56).  In the FCR, the Magistrate Judge addressed Defendant's Motion to Enforce Settlement (the "Motion to Enforce") (Doc. No. 35) and Defendant's Notice of Request for Hearing on Defendant's Motion to Enforce Settlement (the "Motion for Hearing") (Doc. No. 55).  *See* Doc. Nos. 50 (supplemental motion) & 51 (confidential settlement agreement).  The Magistrate Judge recommended this Court deny Defendant's Motion for Hearing, grant Defendant's Motion to Enforce, and, to the extent necessary, find this settlement is in the best interest of C.T., a minor.  *See, e.g.*, Doc. No 56 at 3 & 7.

The Court made an independent review of the record in this case, and reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 13, 2026, for plain error. Finding no error, the Court concludes that the

Findings and Recommendation of the Magistrate Judge are correct and, accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. No. 56).  The Court concludes that, to the extent necessary, this settlement agreement is in the best interest of C.T., the minor plaintiff. Defendant's Motion for Hearing (Doc. No. 55) is **DENIED** and Defendant's Motion to Enforce Settlement (Doc. No. 35) is **GRANTED**.

**SO ORDERED.**

Signed June 25th, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE